**P. Mark SHAFER, Plaintiff—Appellant,**

v.

**Paula PRICE; Cindy Diamond; DSS/ APS; Washington County Health Systems; James P. Hamill, President, Washington County Hospital; Attending Physician; Washington County Commissioners; Siskind, Grady, Rosen, Hoover, Law Firm, Defendants—Appellees.**

No. 07–6532.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 6, 2007.

Decided: Aug. 17, 2007.

P. Mark Shafer, Appellant pro se.

Before MICHAEL and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Remanded by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

P. Mark Shafer seeks to appeal the district court's order dismissing Shafer's 42 U.S.C. § 1983 (2000) complaint under *Heck v. Humphrey,* 512 U.S. 477, 487, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994). The notice of appeal was received in the district court shortly after expiration of the appeal period. Because Shafer is incarcerated, the notice is considered filed as of the date it was properly delivered to prison officials for mailing to the court. Fed. R.App. P. 4(c)(1);. *Houston v. Lack,* 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988). The record does not reveal when Shafer gave the notice of appeal to prison officials for mailing. Accordingly, we remand the case for the limited purpose of allowing the district court to obtain this information from the parties and to determine whether the filing was timely under Fed. R.App. P. 4(c)(1) and *Houston v. Lack.* The record, as supplemented, will then be returned to this court for further consideration.

*REMANDED.*